IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA



ESTATE OF SHEILA WILLIAMS-MOORE, )
RN BSN, WILLIE F. MOORE, RN BSN, )
)
      Petitioner, )
)
v. )
) 1:03CV899
ALLIANCE ONE RECEIVABLES )
MANAGEMENT, INC., and CEO; BLUE )
CROSS BLUE SHIELD (PARTNERS) )
of NORTH CAROLINA and CEO., DUKE )
UNIVERSITY HEALTH SYSTEM, INC. )
and CEO, )
)
      Respondent. )

### J-U-D-G-M-E-N-T

On April 29, 2005, the United States Magistrate Judge's Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. § 636(b). No objections were received by the court within the time prescribed by the statute.

The court hereby adopts the Magistrate Judge's Recommendation.

**IT IS HEREBY ORDERED AND ADJUDGED** that this action (docket no. 83) be DISMISSED.

                                              UNITED STATES DISTRICT JUDGE

DATE: June 22, 2005